# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **EFD SPORTS, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:24-cv-87** |
| | § | |
| **BALLY'S CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | |

## INDEX OF DOCUMENTS ATTACHED TO NOTICE OF REMOVAL

Defendants submit this index of attached documents in support of its Notice of Removal:

| Exhibit | Document/Event | Date |
|---|---|---|
| A | Index of Documents Attached to Notice of Removal | |
| B | Copy of State Court Docket Sheet | 01/31/2024 |
| C | Plaintiff's Original Petition | 11/03/2023 |
| D | Citation to Bally's Corporation | 11/06/2023 |
| E | Bally's Corporation's Original Answer | 01/30/2024 |
| | | |
| | | |
| | | |

