Case 4:24-cv-00087-SDJ   Document 1-2   Filed 01/31/24   Page 1 of 1 PageID #:  7

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                                   Location : All Courts  Images Help

# REGISTER OF ACTIONS
## CASE NO. 23-10253-431

| | | |
|---|---|---|
| **EFD Sports, LLC v. Bally's Corporation** | § § § § § § | Case Type: **Debt/Contract: Debt/Contract**<br>Date Filed: **11/03/2023**<br>Location: **431st Judicial District Court**<br>Judicial Officer: **Johnson, James S.**<br>File Custody/Location: **District Clerk's Office** |

---
### PARTY INFORMATION
---

| | | Attorneys |
|---|---|---|
| **Defendant** | **Bally's Corporation** | |
| | | |
| **Plaintiff** | **EFD Sports, LLC** | Donald M Kaiser, Jr.<br>*Retained*<br>214-441-3000(W) |

---
### EVENTS & ORDERS OF THE COURT
---

**OTHER EVENTS AND HEARINGS**

| 11/03/2023 | **Plaintiff's Original Petition** |
|---|---|
| 11/06/2023 | **Citation** |
| | *Envelope 81341890* |
| |                                             Requested By EFD Sports, LLC |
| | Bally's Corporation                                      Unserved |
| | Anticipated Server     Private Process Server     Anticipated Method     Personal |
| 01/30/2024 | **Defendant's Original Answer** |
| | *Bally's Corporation's* |

---
### FINANCIAL INFORMATION
---

| | | |
|---|---|---:|
| **Plaintiff EFD Sports, LLC** | | |
| Total Financial Assessment | | 358.00 |
| Total Payments and Credits | | 358.00 |
| **Balance Due as of 01/31/2024** | | **0.00** |
| | | |
| 11/06/2023 | Transaction Assessment | 358.00 |
| 11/06/2023 | TexFile Payment     Receipt # 2023-34352     EFD Sports, LLC | (221.00) |
| 11/06/2023 | State Credit | (137.00) |

EXHIBIT B