| CITATION –TRC 99 and 106 |
|:---:|

THE STATE OF TEXAS                                   COUNTY OF DENTON

**CAUSE NO. 23-10253-431**

**TO: Bally's Corporation, Texas Secretary of State, 100 Westminster Street, Providence, RI 02903 (or wherever he/she may be found)**

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may also be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

| Court: | 431st Judicial District Court<br>1450 E. McKinney, 4th Floor, Denton, TX 76209 |
|---|---|
| Cause No.: | 23-10253-431 |
| Date of Filing: | November 03, 2023 |
| Document: | Plaintiff's Original Petition |
| Parties in Suit: | EFD Sports, LLC; Bally's Corporation |
| Clerk: | David Trantham, District Clerk, 1450 E. McKinney, Suite 1200, Denton, TX 76209 |
| Party or Party's Attorney: | Donald M. Kaiser Jr.<br>5440 Harvest Hill Road, Suite 201, Dallas, Texas 75203 |

Issued under my hand and seal of this said court on this the 6th day of November, 2023.

David Trantham, District Clerk
Denton, Denton County, Texas

BY: _____Alisha Rivera_____ Deputy
Alisha Rivera

**EXHIBIT D**

---

## Service Return

Came to hand on the _____ day of _____, 20___ , at _____m., and executed on the _____ day of _____, 20___, at _____ M by delivering to the within named _____ in person a true copy of this citation, with attached copy(ies) of the Plaintiff's Original Petition, at _____ _____.

Service Fee: $ _____                                       _____ Sheriff/Constable
                                                                  _____ County, Texas

                                                                  _____
Service ID No. _____                                              Deputy/Authorized Person

## VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20__
                                                              _____Notary Public