FILED: 1/30/2024 2:34 PM
David Trantham
Denton County District Clerk
By: Katlynn Tatge, Deputy

CAUSE NO. 23-10253-431

| | | |
|---|---|---|
| EFD SPORTS, LLC, § | § | IN THE DISTRICT COURT |
| Plaintiff, § | § | |
| v. § | § | 431ST JUDICIAL DISTRICT |
| BALLY'S CORPORATION, § | § | |
| Defendant. § | § | DENTON COUNTY, TEXAS |

### DEFENDANT BALLY'S CORPORATIONS'S ORIGINAL ANSWER

Defendant Bally's Corporation ("Bally's") answers as follows to the petition filed by Plaintiff in the above referenced action:

### GENERAL DENIAL

1. Defendant generally denies each and every allegation and demands strict proof thereon pursuant to Rule 92 of the Texas Rules and Civil Procedure.

### SPECIAL EXCEPTIONS

2. Defendant specially excepts to the allegations contained in paragraphs 4.2-4.7, including that "Plaintiff and Defendant came to an agreement via SOW1 and SOW2" on the grounds that they fail to provide notice to Defendant of the basis for the allegation which is being made and fails to state sufficient facts that, if proven, are sufficient to state a legal claim for relief which is plausible on its face.

3. Defendant further specially excepts to the allegations contained in paragraph 4.2 that the parties "came to an agreement via SOW1 and SOW2" on the grounds that it fails to state the terms of the purported agreement, fails to provide notice to Defendant of the basis for the allegation which is being made, and fails to state sufficient facts that, if proven, are sufficient to state a legal claim for relief which is plausible on its face.

EXHIBIT E

4. Defendant further specially excepts to the allegations contained in paragraph 4.8-4.11 on the grounds that they fail to state facts which provide notice to Defendant of the basis for the allegation which is being made and fail to state sufficient facts that, if proven, are sufficient to state a legal claim for relief which is plausible on its face.

5. Defendant further specially excepts to the allegations contained in paragraphs 4.12-4.15, including specifically that "Defendant made a representation" and "Defendant supplied false information" on the grounds that they fail to state facts which provide notice to Defendant of the basis for the allegation which is being made and fails to state sufficient facts that, if proven, are sufficient to state a legal claim for relief which is plausible on its face.

6. Defendant further specially excepts to the allegations contained in paragraphs 4.16-54.19, including specifically that "Defendant made representations and failed to disclose material facts to Plaintiff" on the grounds that they fail to state facts which provide notice to Defendant of the basis for the allegation which is being made and fails to state sufficient facts that, if proven, are sufficient to state a legal claim for relief which is plausible on its face.

7. Defendant further specially excepts to the allegations in paragraph 4.17 that "Defendant agreed to the terms of the Licensing Agreement but never intended to enter into same." on the grounds that it fails to identify the basis for these conclusory allegations, that Defendant did not agree to any terms, and it fails to identify the alleged terms of the alleged agreement.

WHEREFORE, Defendant prays that its special exceptions be granted and Plaintiff ordered to replead, Plaintiff take nothing and its claims against Defendant be dismissed with prejudice, and that Defendant recover its costs and all other and further relief, at law or in equity, to which is may be justly entitled.

        Respectfully submitted,

        */s/ Blake A. Bailey*
BLAKE A. BAILEY
State Bar No. 01514700
PHELPS DUNBAR LLP
2102 E. State Hwy. 114, Suite 207
Southlake, Texas 76092-7626
(817) 305-0332 (phone)
(817) 488-3214 (facsimile)
blake.bailey@phelps.com

**ATTORNEYS FOR DEFENDANT
BALLY'S CORPORATION**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on the 30th day of January, 2024 via electronic service on all counsel of record in accordance with the Texas Rules of Civil Procedure.

        */s/ Blake A. Bailey*
Blake A. Bailey

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Vanessa Bench on behalf of Blake Bailey
Bar No. 01514700
vanessa.bench@phelps.com
Envelope ID: 83952213
Filing Code Description: Defendant's Original Answer
Filing Description: Bally's Corporation's
Status as of 1/31/2024 8:18 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Donald M.Kaiser, Jr. | | dkaiser@attorneysforbusiness.com | 1/30/2024 2:34:07 PM | SENT |
| Blake ABailey | | blake.bailey@phelps.com | 1/30/2024 2:34:07 PM | SENT |
| Vanessa Bench | | vanessa.bench@phelps.com | 1/30/2024 2:34:07 PM | SENT |