UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EFD SPORTS, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-87-SDJ |
| | § | |
| BALLY'S CORPORATION | § | |

## ORDER

Before the Court is the parties' Agreed Motion for Entry of Protective Order. (Dkt. #21). The Court, having considered the motion, concludes that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**. The Court will issue the protective order by separate order.

**So ORDERED and SIGNED this 2nd day of May, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE