# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **EFD SPORTS, LLC,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **CIVIL ACTION NO. 4:24-CV-87-SDJ** |
| **BALLY'S CORPORATION,** | § § § | |
| *Defendant.* | § § | |

## ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff filed a Motion for Leave to File a Third Amended Complaint [ECF No. 28]; Plaintiff previously filed a Motion for Leave to File a Second Amended Complaint [ECF No. 18]. The Court finds that there is not good cause to allow leave to amend and the amendments would be improper and futile. Accordingly, both of Plaintiff's motions for leave are hereby DENIED.

IT IS SO ORDERED.

PD.45342891.1