UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EFD SPORTS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-87 |
| | § | |
| BALLY'S CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES**

After review of the Joint Motion to Extend the Discovery, Dispositive Motion and Mediation Deadline and after receiving the input of the parties to this action, the Joint Motion to Extend submitted before this Court is GRANTED.

It is hereby ORDERED that the following deadlines contained in the Court's Scheduling Order [ECF No. 27] are hereby changed as stated:

Plaintiff must designate experts by November 15, 2024.

Defendant must designate experts by December 15, 2024.

Discovery must be completed by February 28, 2025.

Dispositive Motions must be filed by March 14, 2025.

Mediation must occur by March 28, 2025.

PD.47090166.1