UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| EFD SPORTS, LLC § | |
| § | |
| v. § | CIVIL NO. 4:24-CV-87-SDJ |
| § | |
| BALLY'S CORPORATION § | |

## ORDER

The Court, having considered the parties' Joint Motion to Extend Expert Designation, Discovery, Dispositive Motion, and Mediation Deadlines, (Dkt. #36), concludes that the motion should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**. Accordingly, the following actions shall be completed by the dates indicated:

### DEADLINES

| **Deadline** | **Event** |
|---|---|
| 02/10/2025 | Disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(b) on issues for which the party does not bear the burden of proof. |
| 02/17/2025 | Deadline to object to expert testimony on issues for which the party seeking to introduce that testimony bears the burden of proof. Objection shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the Court with all the information necessary to make a ruling on any objection. |

| | |
|---|---|
| 03/17/2025 | Deadline to object to expert testimony on issues for which the party seeking to introduce that testimony does not bear the burden of proof. Objection shall be made as a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the Court with all the information necessary to make a ruling on any objection. |
| 04/14/2025 | All discovery shall be commenced in time to be completed by this date |
| 04/28/2025 | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. Deadline for motion for leave to designate responsible third party. |
| 05/12/2025 | Mediation must occur by this date. |

All other deadlines in the Court's Amended Scheduling Order, (Dkt. #32), shall remain the same.

**So ORDERED and SIGNED this 1st day of December, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

2