UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| EFD SPORTS, LLC,<br>    *Plaintiff*,<br><br>v.<br><br><br>BALLY'S CORPORATION,<br>    *Defendant*. | §§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 4:24-CV-87-SDJ |

**DEFENDANT BALLY'S CORPORATION'S**
<u>**NOTICE OF EXPERT DISCLOSURE**</u>

Defendant Bally's Corporation ("Bally's") hereby provides notice that on this 10th day of February, 2025, Bally's served its designation of experts in compliance with Rule 26(a)(2) of the Federal Rules of Civil Procedure and Local Rule CV-26(b

Respectfully submitted,

 */s/ Blake A. Bailey*
**BLAKE A. BAILEY**
State Bar No. 01514700
**PHELPS DUNBAR LLP**
2102 E. State Hwy. 114, Suite 207
Southlake, Texas 76092-7626
blake.bailey@phelps.com
(817) 305-0332 (phone)
(817) 488-3214 (facsimile)
**ATTORNEY FOR DEFENDANT
BALLY'S CORPORATION**

## **CERTIFICATE OF SERVICE**

      I certify that on this 10th day of February, 2025, a true and correct copy of the foregoing was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

                                      */s/ Blake A. Bailey*
                                      Blake A. Bailey