UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **EFD SPORTS, LLC** | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:24-CV-87-SDJ** |
| | § | |
| **BALLY'S CORPORATION** | § | |

## ORDER DENYING DEFENDANT'S MOTION TO EXCLUDE  BALLY'S CORPORATION'S MOTION TO EXCLUDE THE EXPERT REPORT, TESTIMONY, AND OPINIONS OF SCOTT HAKALA

**ON THIS DATE** came on for consideration DEFENDANT BALLY'S CORPORATION'S MOTION TO EXCLUDE THE EXPERT REPORT, TESTIMONY, AND OPINIONS OF SCOTT HAKALA.  The Court, having considered the Motion, finds it meritorious and should in all things be DENIED.

**IT IS THEREFORE ORDERED** that Defendant Bally's Corpoation's Motion to Exclude the Expert Report, Testimony, and Opinions of Scott Hakala  is hereby DENIED on all grounds.

SIGNED ON THIS _____ DAY OF  MARCH 2025.

_____
THE HONORABLE JUDGE SEAN JORDAN