UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EFD SPORTS, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-87-SDJ |
| | § | |
| BALLY'S CORPORATION | § | |

### ORDER

The Court, having considered the parties' Joint Motion to Extend Discovery, Dispositive Motion, and Mediation Deadlines, (Dkt. #44), concludes that the motion should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**. The Court will issue its Second Amended Scheduling Order.

**So ORDERED and SIGNED this 20th day of March, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE