UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EFD SPORTS, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-87-SDJ |
| | § | |
| BALLY'S CORPORATION | § | |

## ORDER

The Court, having considered the parties' Joint Motion to Extend Discovery, Dispositive Motion, and Mediation Deadlines, (Dkt. #48), concludes that the motion should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**. Accordingly, the following actions shall be completed by the dates indicated:

## DEADLINES

| Deadline | Event |
|---|---|
| 10/06/2025 | All discovery shall be commenced in time to be completed by this date |
| 10/27/2025 | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. Deadline for motion for leave to designate responsible third party. |
| 11/14/2025 | Mediation must occur by this date. |

All other deadlines in the Court's Second Amended Scheduling Order, (Dkt. #47), shall remain the same.

1

**So ORDERED and SIGNED this 19th day of May, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE