**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **EFD SPORTS, LLC,** *Plaintiff*, | § § § § § § | |
| v. | § § § | CIVIL ACTION NO. 4:24-CV-87-SDJ |
| **BALLY'S CORPORATION,** *Defendant.* | § § § § | |

## ORDER

The Court, having considered the parties' JOINT MOTION TO EXTEND DISCOVERY, DISPOSITIVE MOTION, AND MEDIATION DEADLINES AND FOR STATUS CONFERENCE ON PENDING MOTIONS, concludes that the motion should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**.

**THEREFORE**, after being provided with available dates by the Court and an agreement on same by the parties, a Status Conference shall be set to discuss the current Motions before the Court and to further discuss a Scheduling Order containing new pre-trial deadlines as requested by the parties as necessary for the just administration of this case.