# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **EFD SPORTS, LLC,**<br>    *Plaintiff*, | §<br>§<br>§<br>§<br>§ | |
| **v.** | §<br>§<br>§ | **CIVIL ACTION NO. 4:24-CV-87-SDJ** |
| **BALLY'S CORPORATION,**<br>    *Defendant.* | §<br>§<br>§<br>§<br>§ | |

### SUPPLEMENT TO JOINT MOTION TO EXTEND DISCOVERY, DISPOSITIVE MOTION, AND MEDIATION DEADLINES AND FOR STATUS CONFERENCE ON PENDING MOTIONS

Plaintiff EFD Sports, LLC ("EFD") and Defendant Bally's Corporation ("Bally's") filed its Joint Motion to Extend the Discovery, Dispositive Motion, and Mediation Deadline contained in the Court's Order dated May 19, 2025. [ECF. No. 49]. The parties wish to supplement said Motion as follows:

The following statement in the Motion is incorrect "The current deadlines to complete discovery, file dispositive motions, and for mediation have passed." Under the current scheduling Order, discovery will close on October 6, 2025, and the mediation deadline is November 14, 2025.

The parties filed this supplement to correctly reflect the current unexpired deadlines that they wish to extend via agreement.

        Respectfully submitted,

      /s/   Donald M. Kaiser Jr
**DONALD M. KAISER JR.**
State Bar No. 24025466
**KAISER LEGAL SOLUTIONS, PLLC**
5440 Harvest Hill Road, Suite 201
Dallas, Texas 75203
dkaiser@attorneysforbusiness.com
(214) 441-3000 (phone)
(214) 441-3001 (facsimile)
**ATTORNEY FOR PLAINTIFF**
**EFD SPORTS, LLC**

**AND**

  /s/ Blake A. Bailey
**BLAKE A. BAILEY**
State Bar No. 01514700
**PHELPS DUNBAR LLP**
2102 E. State Hwy. 114, Suite 207
Southlake, Texas 76092-7626
blake.bailey@phelps.com
(817) 305-0332 (phone)
(817) 488-3214 (facsimile)
**ATTORNEY FOR DEFENDANT**
**BALLY'S CORPORATION**

## CERTIFICATE OF SERVICE

    I certify that on this 8th of September 2025, a true and correct copy of the foregoing was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

        /s/ Donald M. Kaiser Jr.
        Donald M. Kaiser Jr.