UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EFD SPORTS, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-87-SDJ |
| | § | |
| BALLY'S CORPORATION | § | |
| | § | |

## ORDER

Before the Court is the parties' Joint Motion to Extend Discovery, Dispositive Motion, and Mediation Deadlines and for Status Conference on Pending Motions. (Dkt. #50). Having considered the motion, the Court concludes that it should be **GRANTED-IN-PART**.

It is therefore **ORDERED** that the motion is **GRANTED-IN-PART**.

It is further **ORDERED** that this case is set for a status conference on **Wednesday, September 17, 2025,** at **2:00 p.m.** at the United States Courthouse located at 7940 Preston Road, Courtroom 105, Plano, Texas 75024.

It is further **ORDERED** that all deadlines and hearings scheduled in this matter are **STAYED** pending resolution of Plaintiff's motions to amend its pleadings and Defendant's motion to dismiss the Plaintiff's First Amended Complaint or until further order of the Court. (Dkt. #12, #18, #28).

So ORDERED and SIGNED this 8th day of September, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE