**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **EFD SPORTS, LLC,** *Plaintiff*, | § § § § § § § § | |
| **v.** | § § § | **CIVIL ACTION NO. 4:24-CV-87-SDJ** |
| **BALLY'S CORPORATION,** *Defendant.* | § § § § § § § | |

## ORDER

The Court, having considered the Plaintiff's Renewed Motion for Leave to File Second Amended Complaint, along with related filings and arguments before the Court finds that Renewed Motion for Leave should be Granted.

It is therefore **ORDERED** that the motion is **GRANTED**. Accordingly, the Second Amended Complaint and Exhibits thereto shall be deemed filed with the Court.